**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| CHARLIE BEAM, SHEILA BEAM, AND KEVIN BEAM | § § § | |
| v. | § § | Civil No. 1:26-cv-01218-ADA-SH |
| ALBERTO MEDINA AND CARRAZANA TRUCKING, LLC | § § § | |

**O R D E R**

The above captioned cause, having been removed to this Court on May 8, 2026 from the 512th Judicial District of Williamson County, TX, 25-03665-C512 and the Court being of the opinion that a copy of the complete record (minus discovery) in this case is necessary.

IT IS HEREBY ORDERED, pursuant to 28 U.S.C. § 1447(b), that the removing party, **if it has not already done so**, shall within ten (10) days from the date of this order supplement the record with state court pleadings.  The supplement is to be electronically filed and shall include a copy of the complete file, including the docket sheet, in this cause from the Court from which this case has been removed.

SIGNED this the 8th day of May 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE