IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLIE BEAM, SHEILA BEAM, AND KEVIN BEAM | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-1218 |
| ALBERTO MEDINA AND CARRAZANA TRUCKING, LLC | § § § | |

## AMENDED CERTIFICATE OF SERVICE

On May 8, 2026, a true and correct copy of Defendant Carrazana Trucking, LLC's Notice of Removal [Dkt. 1] along with the appendix attachments [Dkt. 2] were served:

1. By email to Plaintiffs' counsel to mqp@ddollaw.com, and
2. By eService to Plaintiffs' counsel using the state court's eFiling manager:

Manuel Quinto-Pozos
**DEATS DURST & OWEN, PLLC**
2901 Bee Caves Rd., Suite L
Austin, Texas 78746
mqp@ddollaw.com
(512) 474-6200
(512) 474-7896 (Fax)
**ATTORNEY FOR PLAINTIFFS**

Respectfully Submitted,

**THORNTON, BIECHLIN,**
    **REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216-4741
Telephone: (210) 342-5555/Fax: 525-0666

BY: _____
    R. Sean Page
    State Bar No.: 00784713
    Fed. ID No.: 3534737
    Email: spage@thorntonfirm.com
    Paul R. Wilson
    State Bar No. 21707300
    Fed. ID No.: 14676
    Email: pwilson@thorntonfirm.com
**ATTORNEYS FOR DEFENDANT**
**CARRAZANA TRUCKING, LLC**