IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLIE BEAM, SHEILA BEAM, AND KAVIN BEAM | § § § | |
| VS. | § § | CIVIL ACTION NO. 1:26-CV-1218 |
| ALBERTO MEDINA AND CARRAZANA TRUCKING, LLC | § § § | |

**JOINT ADVISORY TO THE COURT**

NOW COME Defendant Carrazana Trucking LLC and Plaintiffs Charlie Beam, Sheila Beam, and Kavin Beam, and file this Joint Advisory to the Court, and in support thereof would respectfully show upon the Court:

1.    This Advisory is to inform the Court of the current status of this matter.

2.    The parties have conferred regarding issues affecting the progression of this case including a potential scheduling order as requested by the Court. During those discussions, counsel for the Defendant advised Plaintiff's counsel that another action currently pending before this Court involves the same accident made the basis of this suit and includes related parties and substantially similar factual and legal issues. That case is 1:24-cv-00209; *Jonathan Leyva v. Carrazana Trucking, LLC, Amazon Logistics, Inc., and Alberto Medina Sarria*.

3.    The parties are presently evaluating whether consolidation of the actions pursuant to Rule 42(a) of the Federal Rules of Civil Procedure is appropriate. In connection with those discussions, the parties are also exploring whether the matter involving the Plaintiffs in this case can be resolved without further need for litigation dispensing with the need for consolidation or the entry of a formal scheduling order.

4.    While those discussions continue, counsel respectfully requests the court to grant an

extension of 30 days in order to continue discussions and if necessary, either file a motion to consolidate or a formal scheduling order in this matter.

5.      The parties submit this Advisory to keep the Court informed of the status of the parties' ongoing efforts. The parties will promptly notify the Court of any developments requiring Court action and, if appropriate, will file the necessary motion regarding consolidation.

6.      The parties are currently required to submit a joint proposed scheduling and discovery plan reflecting the Rule 26(f) criteria and a completed version of the Court's standard Scheduling Order with all dates provided. [Dkt 7] However, the parties are engaged in discussions regarding whether the matter may be resolved without the need for further litigation. In the meantime, counsel are preparing a motion to consolidate should the parties determine that consolidation is warranted. Accordingly, the parties respectfully request a 30-day extension of time to submit the proposed scheduling order/discovery plan and standard scheduling order until the parties have completed those efforts and the Court has considered any motion for consolidation that may be filed.

Respectfully Submitted,

**THORNTON, BIECHLIN,**
**     REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216-4741
 (210) 342-5555/Facsimile: (210) 525-0666

**BY:** _____
R. Sean Page
State Bar No.: 00784713
Fed. ID No.: 3534737
Email:  spage@thorntonfirm.com
Paul R. Wilson
State Bar No. 21707300
Fed. ID No.: 14676
Email:  pwilson@thorntonfirm.com
**ATTORNEYS FOR DEFENDANT**
**CARRAZANA TRUCKING, LLC**

2

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that counsel for Defendant conferred with counsel for Plaintiffs regarding the matters addressed in this Joint Advisory to the Court. The parties are in agreement regarding the contents of this Advisory and jointly submit it for the Court's consideration.

R. Sean Page

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been served pursuant to the Federal Rules of Civil Procedure, on July 7, 2026, to the following counsel of record:

Manuel Quinto-Pozos
**DEATS DURST & OWEN, PLLC**
2901 Bee Caves Rd., Suite L
Austin, Texas 78746
mqp@ddollaw.com
(512) 474-6200
(512) 474-7896 (Fax)
**ATTORNEY FOR PLAINTIFFS**

R. Sean Page

3