IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHARLIE BEAM, SHEILA BEAM, AND KEVIN BEAM | § § § | |
| | § | CIVIL ACTION NO. 1:26-CV-1218-ADA-SH |
| VS. | § § | |
| ALBERTO MEDINA AND CARRAZANA TRUCKING, LLC | § § § | |

## ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF THE COURT:

COMES NOW CARRAZANA TRUCKING, LLC, Defendant in the above-styled and numbered cause, and files this Advisory to the Court and advises:

1. The Joint Scheduling Order is due today. This deadline comes at a moment that is inconvenient to the parties for the below reason.

2. There are two lawsuits on file in the Western District concerning the same incident. The second lawsuit is *Jonathan Leyva v. Carrazana Trucking, LLC, et al.*, Cause No. 1:24-cv-00209.

3. The parties are in the middle of negotiations to try to settle both cases, and those negotiations are well underway. All the time and effort on this matter is being resourced to try to settle all claims of all parties in both lawsuits.

4. It may be that the parties are able to reach and to announce to the Court a settlement within a few days.

5. Given the foregoing, Defendant requests the indulgence of the Court for a few days while it is determined whether this matter can be settled.

6. If settlement does not occur by next week, Defendant proposes to engage the other parties to confer on a Joint Scheduling Order and to file a proposed joint scheduling order in an expedited manner.

7. Defendant would have the Court understand the parties are not ignoring the Court but are attempting to get both matters resolved and off the Court's calendar as soon as possible.

8. Defendant requests the Court's indulgence for one week.

Respectfully Submitted,

**THORNTON, BIECHLIN,**
      **REYNOLDS & GUERRA, L.C.**
One International Centre
100 N.E. Loop 410, Suite 500
San Antonio, TX  78216-4741
Telephone: (210) 342-5555
Facsimile: (210) 525-0666

**BY:** _____

R. Sean Page
State Bar No.: 00784713
Fed. ID No.: 3534737
spage@thorntonfirm.com
Paul R. Wilson
State Bar No. 21707300
Fed. ID No.: 14676
pwilson@thorntonfirm.com

**ATTORNEYS FOR DEFENDANT**
**CARRAZANA TRUCKING, LLC**

2

## CERTIFICATE OF SERVICE

A true and correct copy of the above and foregoing instrument has been properly delivered pursuant to the Federal Rules of Civil Procedure, on August 7, 2026 to the following counsel of record:

Manuel Quinto-Pozos
**DEATS DURST & OWEN, PLLC**
2901 Bee Caves Rd., Suite L
Austin, Texas 78746
mqp@ddollaw.com
(512) 474-6200
(512) 474-7896 (Fax)
**ATTORNEY FOR PLAINTIFFS**



R. Sean Page

3